1022

Otis WASHINGTON v. UNITED STATES
of America.
No. 1699.

Circuit Court of Appeals, Tenth Circuit.
July 1, 1938.

M. L. Thompson, of Wewoka, Okl.,
for appellant.

Cleon A. Summers, U. S. Atty., of
Muskogee, Okl.

Before LEWIS and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant at appellant's costs.

James WILSON, Appellant, v. UNITED
STATES of America.
No. 11130.

Circuit Court of Appeals, Eighth Circuit.
Feb. 25, 1938.

A. M. Cary and Mark J. McCabe, both
of Minneapolis, Minn., for appellant.

PER CURIAM.

Appeal docketed and dismissed, without
costs to either party in this Court, under
the provisions of Rule 26, Paragraph 4, of
this Court.

James WILSON, Appellant, v. UNITED
STATES of America.
No. 11132.

Circuit Court of Appeals, Eighth Circuit.
Feb. 25, 1938.

A. M. Cary and Mark J. McCabe, both
of Minneapolis, Minn., for appellant.

PER CURIAM.

Appeal docketed and dismissed, without
costs to either party in this Court, under
the provisions of Rule 26, Paragraph 4, of
this Court.

William WINGERT, Lewis P. Wingert and
Miller Wingert, Surviving Executors of Julia
E. Reamer, Deceased, and William Wingert,
Lewis P. Wingert and Miller Wingert, Executors of Henry F. Wingert, Bankrupt, Appellants, v. E. J. SMEAD, J. William Ernst
and Albert E. Baker, Trustees in Bankruptcy of the Estate of Henry F. Wingert,
Bankrupt, Appellees.
No. 4322.

Circuit Court of Appeals, Fourth Circuit.
April 4, 1938.

Miller Wingert, of Hagerstown, Md.,
for appellants.

Alexander Armstrong, of Baltimore,
Md., and Robert H. McCauley and Edward
Oswald, Jr., both of Hagerstown, Md., for
appellees.

PER CURIAM.

Appeal denied at the cost of the appellants. Order filed.